**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DIANA PRICE,**

      **Plaintiff,**

**-vs-**              Case No. 6:05-cv-1064-Orl-31KRS

**CITY OF ORMOND BEACH, FLORIDA &**
**LARRY MATHIESON,**

      **Defendants.**
_____

## ORDER

Defendant, Larry Mathieson, has moved to dismiss Count III of Plaintiff's Second Amended Complaint (Doc. 37). Plaintiff has filed no opposition to the Motion, which appears meritorious. Indeed, in light of this Court's prior Order (Doc. 35), Count III of this Complaint appears to be frivolous. In its motion, Defendant also seeks sanctions against Plaintiff and her counsel. It is, therefore

**ORDERED** that Defendant's Motion is GRANTED. Count III of Plaintiff's Second Amended Complaint is hereby DISMISSED, with prejudice.

It is further **ORDERED** that Plaintiff shall show cause in writing within 11 days hereof why sanctions should not be imposed under Fed. R. Civ. P. 11 and 28 U.S. C. § 1927.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE